THE NEW YORK LIFE INSURANCE AND TRUST COMPANY, as Trustee, under the Will of FRANCIS W. LASAK, Deceased, Appellant, *v.* OPHELIA J. CUTHBERT et al.; ANTOINETTE LUCINDA SCHERMERHORN, Appellant; MARY A. FROST et al., as Executors of CALVIN FROST, Deceased, et al., Respondents.

(Submitted December 4, 1899; decided December 15, 1899.)

Motion to resettle remittitur granted as to the application of Mr. George G. Reynolds for costs to respondent Victoria Adelaide McKenzie against appellant Antoinette Lucinda Schermerhorn, and denied as to application of Mr. R. E. Prime for a bill of costs against said appellant Schermerhorn. (See 160 N. Y. 705.)

---

In the Matter of the Appraisal under the Acts in Relation to Taxable Transfers of Property of the Property of JOSEPH PLUMMER, Deceased.

HARRY PLUMMER, as Executor of JOSEPH PLUMMER, Deceased, Appellant; THE COMPTROLLER OF THE CITY OF NEW YORK, Respondent.

*Matter of Plummer,* 47 App. Div. 625, affirmed.
(Submitted January 8, 1900; decided January 8, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 5, 1900, affirming an order of the Surrogate's Court of the county of New York fixing the amount of tax to be assessed upon the estate of Joseph Plummer, deceased.

*Evarts, Choate & Beaman* for appellant.

*Jabish Holmes, Jr.,* for respondent.

Order affirmed, with costs, on authority of *Matter of Sherman* (153 N. Y. 1); no opinion.
All concur.